CENTER FOR DISABILITY ACCESS
Raymond G. Ballister, Jr. SBN 111282
Mark Potter, SBN 166317
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**Jose Martinez**,

Plaintiff,

v.

**Kumars Ghodrati, A.K.A. Ali Ghodrati,** in his individual and representative capacity as trustee of the L & K Trust;
**Lili Ghodrati,** in his individual and representative capacity as trustee of the L & K Trust;
**Rola, Inc.,** a California Corporation;
**Yum Yum Donut Shops, Inc.,** a California Corporation;

Defendants.

**Case:** 2:15-CV-04703-MWF-FFM

**Plaintiff's Notice of and Second Motion for Summary Judgment**

Date: January 23, 2017
Time: 10:00 a.m.
Ctrm: 5A

Hon. Judge Michael W. Fitzgerald

To all Defendants and their attorneys of record:

Please take notice that on January 23, 2017 at 10:00 a.m. or as soon thereafter as the matter may be heard in the courtroom of the Honorable Michael W. Fitzgerald, located at 350 W. 1st Street, Los Angeles, California 90012,Plaintiff Jose Martinez will and hereby does move this Court to enter summary judgment in favor of Plaintiff and against Defendants Kumars Ghodrati, A.K.A. Ali Ghodrati and Lili Ghodrati.

Plaintiff seeks an order from the Court directing Defendants Kumars Ghodrati, A.K.A. Ali Ghodrati and Lili Ghodrati to provide an accessible path of travel from the parking lot to the entrance of Happy Deli.

This motion is made on the grounds that there is no genuine dispute as to any material fact and the Plaintiff is entitled to judgment as a matter of law. Plaintiff's motion is brought pursuant to Rule 56 of the Federal Rules of Civil Procedure and is supported by this Notice of and Motion, the Memorandum of Points and Authorities, the Statement of Undisputed Facts and Conclusions of Law filed concurrently herewith, the record and files herein, and such other evidence as may be admitted at the time of the hearing of the motion.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on June 9, 2016 and the Order of December 6, 2016, ECF #44.

Dated: December 14, 2016

CENTER FOR DISABILITY ACCESS

By: /s/ Chris Carson
Chris Carson
Attorneys for Plaintiff