JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MARTINEZ,<br><br>        Plaintiff,<br>    v.<br><br>KUMARS GHODRATI, et al.,<br><br>       Defendants. | **Case No. CV 15-4703-MWF (FFMx)**<br><br><br>**JUDGMENT** |

This action was disposed of in two separate orders granting summary judgment to Plaintiff Jose Martinez.  (*See* Order Granting Plaintiff's Motion for Summary Judgment, dated September 19, 2016 (Docket No. 33); Order Granting Second Motion for Summary Judgment, dated January 24, 2017 (Docket No. 49)). Plaintiff was represented by Raymond G. Ballister, Jr., Mark Potter, Phyl Grace, and Dennis Price, of the Center for Disability Access.   Defendants Kumars and Lili Ghodrati were represented by Sabrina L. Roque, of the Law Offices of Sabrina L. Roque.   Defendant Yum Yum Donut Shops, Inc. was represented by Matthew W. McAleer, Laura E. Inlow, and Lisa D. Collinson, of Collinson Law APC.

The Court granted Plaintiff Jose Martinez's motions for summary judgment as to both claims.

Now, therefore, pursuant to Rules 54 and 58 of the Federal Rules of Civil Procedure, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that final judgment in this action be entered as follows:

1. *On the claim for violation of the Americans with Disabilities Act of 1990*, 42 U.S.C. §§ 12101 *et seq.*:   Judgment is entered in favor of Plaintiff Jose Martinez and against Defendants Kumars Ghodrati, Lili Ghodrati, and Yum Yum Donut Shops, Inc.   The Americans with Disabilities Act entitles claimants only to injunctive relief. Accordingly, the Court **ORDERS** as follows:

    a. Defendant Yum Yum Donut Shops, Inc., is **ORDERED** to provide an accessible parking space for its store.   1991 Standards §§ 4.6.2; 2010 Standards §§ 208, 502.4.

    b. Defendants Kumars Ghodrati are Lili Ghodrati are **ORDERED** to provide an accessible entrance and transaction counter in the Happy Deli.   1991 Standards §§ 4.13.8, 7.2(1); 2010 Standards §§ 404.2.4.4, 904.4, 904.4.1.

    c. Defendants Kumars Ghodrati are Lili Ghodrati are **ORDERED** to provide an accessible route of travel between the accessible parking space and the entrance to the Happy Deli.   1991 Standards for Accessible Design § 4.6.2; 2010 Standards for Accessible Design § 208.3.1.

2. *On the claim for violation of the Unruh Civil Rights Act*, Cal. Civ. Code § 51(f): Judgment is entered in favor of Plaintiff Jose Martinez and against Defendants Kumars Ghodrati, Lili Ghodrati, and Yum Yum Donut Shops, Inc., and Plaintiff Jose Martinez shall take a single statutory penalty in the amount of $4,000.   Cal. Civ. Code § 55.56.

1        Plaintiff Jose Martinez is further awarded his attorneys' fees and costs as

2  provided by law.

3

4        Dated: January 24, 2017

5                       MICHAEL W. FITZGERALD
                         United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28